UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Joseph F. Green
_____
Name of plaintiff (s)

v.                                              Case No. 4:21-CV-34
                                                (to be assigned by Clerk)
Compassus Hospice Inc.,
Dr. Ephraim Gammada
Lynne Green
_____
Name of defendant (s)

"Amended COMPLAINT"

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

The defendants did not honor the advance directives outlined by the federal government since 1990.

2. Plaintiff, Joseph F Green resides at 138 Church St 2R, North Adams
   street address                                city
   Berkshire, MA, 01247, 413-652-7951
   county      state  zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

Gina Maria Consolini RN
P.O. Box 344 Williamstown, MA. 01267

1

3. Defendant, Compassus Hospice lives at, or its business is located at 1805 N. Jackson St. Ste 11, Tullahoma,
<u>Franklin</u>, <u>Tenn</u>, <u>37388</u>.
county — state — zip code

(if more than one defendant, provide the same information for each defendant below)

Lynne Green 1011 Cumberland St
Decherd, TN 37324

Dr. Ephraim Gammada 1509 Old Cowan Rd.
Winchester, TN 37398

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Each defendant in this case did not follow the federal guidelines for advance directives that was outlined in 1990.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Monetary compensation in the amount of 2.2 million dollars.
   b. all parties (defendants) prosecuted to the fullest extent of the law for what they did
   c. 
   d. 

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this August day of 10th , 2021 .

X _Joseph green_
Signature of plaintiff (s)

3